# Court of Appeals
# of the State of Georgia

ATLANTA,___April 30, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0314. MARILYN E. GOODRICH v. BANK OF AMERICA, N. A**

Upon review, this application for discretionary appeal is hereby DENIED. Attorney Greg Kivo's motion for substitution of counsel is GRANTED. Marilyn Goodrich's "Motion for Determination ofWhether Court Rule 9 (d) Was Violated By Bank ofAmerica, N. A." is DENIED. Bank ofAmerica, N. A.'s motion for penalties Bank ofAmerica, N. A.'s motion for penalties is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/30/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*